ROBERT MARTUCCI, an Infant, by JOSEPH MARTUCCI, His Guardian ad Litem, et al., Appellants, *v.* BROOKLYN CHILDREN'S AID SOCIETY et al., Defendants.

DESMOND T. BARRY, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

*Edward A. Shandell* for motion to dismiss appeal and in opposition to motion by appellants for leave to prosecute appeal as poor persons.

*Charles A. Loreto* for motion for leave to prosecute appeal as poor persons and in opposition to motion to dismiss.

Motion to dismiss appeal denied, without costs.

Motion by appellants for leave to prosecute appeal as poor persons granted.